**Order entered December 5, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00631-CV

## VIRGILIO AVILA AND UNIVISION TELEVISION GROUP, INC., Appellants

## V.

## F.B. LARREA, Appellee

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-10828

## ORDER

Before the Court is appellants' December 2, 2014, unopposed motion for extension of time to file appellants' reply brief. Appellants' motion is **GRANTED**. Appellants' reply brief shall be due within **THIRTY DAYS** of the date of this Order.

/s/    CRAIG STODDART
        JUSTICE